**Dee GIBSON, Allen Jones, and Albert Burnett v. UNITED STATES.**

No. 6038.

Circuit Court of Appeals, Sixth Circuit.

Jan. 15, 1932.

Haven & Westerberg, of Cleveland, Tenn., for appellants.

Wm. J. Carter, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Judgment of District Court affirmed.